**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDA L. CALHOUN,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CA 09-0417-CG-C** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | | |

## <u>ORDER</u>

After due and proper consideration of all portions of  this file deemed relevant to the

issues raised, and there having been no objections filed, the recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 12, 2010 is **ADOPTED** as the

opinion of this Court.

**DONE and ORDERED** this 29th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE